IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNION COUNTY, ILLINOIS; PEOPLE OF THE STATE OF ILLINOIS ex rel; TYLER EDMONDS State's Attorney for the County of Union; and BOBBY TOLER Clerk of the County of Union and on behalf of the County of Union, Illinois and all Counties in Illinois,<br><br>            Plaintiffs,<br><br>vs.<br><br>MERSCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA CORPORATION; BANK OF AMERICA N.A.; RBS CITIZENS, N.A.; RBS SECURITIES, INC.; CITIGROUP, INC.; CITIMORTGAGE, INC.; CITIBANK, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY; EVERBANK; GMAC MORTGAGE, LLC; HSBC BANK USA, N.A.; KEYBANK NATIONAL ASSOCIATION;NATIONWIDE ADVANTAGE MORTGAGE CORPORATION; SUNTRUST MORTGAGE, INC.; U.S. BANK NATIONAL ASSOCIATION; WELLS FARGO BANK, N.A.; and DEFENDANTS DOE CORPORATIONS 1 - 100,<br><br>            Defendants. | CIVIL NO. 12-665-GPM |

## **JUDGMENT IN A CIVIL CASE**

This action came before the Court and was heard by District Judge G. Patrick Murphy and the following decision was reached:

      **IT IS ORDERED** that Plaintiffs shall recover nothing from Defendants Merscorp,

Inc., Mortgage Electronic Registration Systems, Inc., JPMorgan Chase Bank, N.A., Bank of America Corporation, Bank of America N.A., RBS Citizens, N.A., RBS Securities, Inc., Citigroup, Inc., CitiMortgage, Inc., Citibank N.A., Deutsche Bank National Trust Company, Everbank, HSBC Bank USA, N.A., Keybank National Association, Nationwide Advantage Mortgage Corporation, Suntrust Mortgage, Inc., U.S. Bank National Association, and Wells Fargo Bank, N.A., and the action be **DISMISSED on the merits as to all Defendants other than Defendant GMAC Mortgage, LLC**, against which the case is stayed. This Judgment is entered pursuant to Federal Rule of Civil Procedure 54(b). Defendants shall recover costs from Plaintiffs.

**DATED**: January 30, 2013

                                                NANCY J. ROSENSTENGEL, CLERK

                                                By:   s/ Linda M. McGovern
                                                         Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
                G. Patrick Murphy
                United States District Judge